UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 09-cr-140-02-JL

<u>Thomas McElligott</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 70) filed by defendant McElligott is granted in part; the continuance is limited to 60 days. Trial is continued as to all defendants.

Defendant McElligott shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_/s/ Joe Laplante_____
Joseph N. Laplante
United States District Judge

Date: September 17, 2009

cc:   Counsel of Record
      U.S. Marshal
      U.S. Probation